**Eliazar CABRERA–GUTIERREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72741.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 15, 2011.

Carlos Alfredo Cruz, Esquire, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Margaret Anne O'Donnell, OIL, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Eliazar Cabrera–Gutierrez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen deportation proceedings conducted in absentia in 1990. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Garcia v. INS*, 222 F.3d 1208, 1209 (9th Cir.2000), and we deny the petition for review.

The agency did not abuse its discretion in denying Cabrera–Gutierrez's motion to reopen where the record reflects that Cabrera–Gutierrez's counsel of record was served with the hearing notice. *See id.* (notice to attorney of record constitutes notice to alien); *see also Matter of Velasquez*, 19 I. & N. Dec. 377, 384 (BIA 1986) (stating that "under the regulations, there is no 'limited' appearance of counsel in immigration proceedings").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.